AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### District of New Mexico

| | |
|---|---|
| Evertsen, William B. <br><br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> Better Debt Solutions LLC; Range View Management LLC d/b/a LendVia; Better Companies LLC; LendVia LLC; MN MGMT LLC; RC MGMT LLC; Mohammad Ghafarinia; Arsalan Ghanbari <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2u-CV-2u7u <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mohammad Ghafarinia
7 Harcourt
Newport Coast, California 92657

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Erik Paltrow**
**Clerk of Court**
*CLERK OF COURT*

Date: 6|29|2u

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **26-CV-2076**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Mohammad Ghafarinia**
was received by me on  **7/12/2026:**

[X]  I personally served the **SUMMONS; COMPLAINT** on the individual at **401 Rockefeller, #1401, Irvine, CA 92612** on **07/18/2026 at 11:13 AM**; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 78.00** for services, for a total of **$ 78.00**.

I declare under penalty of perjury that this information is true.

Date:  07/18/2026

_____
*Server's signature*

**Fedaa Almashal**
*Printed name and title*

**PO Box 4871**
**Anaheim, CA 92803**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Mohammad Ghafarinia with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Middle Eastern male contact 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**



Tracking #: **0233031772**