IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


William B. Evertsen

        Plaintiff,

   -vs-                                        2:26-CV-02076-GJF-KRS

Better Debt Solutions LLC, Range View Management LLC
d/b/a Lendvia,  Better Companies LLC, Lendvia LLC, MN MGMT LLC,
RC MGMT LLC.
             Defendant(s).


### CLERK'S ENTRY OF DEFAULT

It appearing from the files and records of this Court as of 07/23/2026, that Defendants Better Debt Solutions LLC, Range View Management LLC d/b/a Lendvia, Better Companies LLC, Lendvia LLC, MN MGMT LLC, RC MGMT LLC., against whom judgment for affirmative relief is sought in this action, has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; now, therefore,

**I, ERIK PALTROW**, Clerk of said Court, pursuant to the requirements of Rule 55(a) of said rules, do hereby enter the default of Defendants Better Debt Solutions LLC, Range View Management LLC d/b/a Lendvia, Better Companies LLC, Lendvia LLC, MN MGMT LLC, RC MGMT LLC.

DATED at Las Cruces, New Mexico, this 23rd day of July, 2026.

/s/ERIK PALTROW
**ERIK PALTROW**
**CLERK, U. S. DISTRICT COURT**