IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WILLIAM B. EVERTSEN,<br><br>Plaintiff,<br><br>v.<br><br>BETTER DEBT SOLUTIONS LLC;<br>RANGE VIEW MANAGEMENT LLC<br>d/b/a LENDVIA;<br>BETTER COMPANIES LLC;<br>LENDVIA LLC;<br>MN MGMT LLC;<br>RC MGMT LLC;<br>MOHAMMAD "MATT"<br>GHAFARINIA; and<br>ARSALAN GHANBARI,<br><br>Defendants. | No. 2:26-cv-02076-KWR-KRS |

**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANTS MOHAMMAD GHAFARINIA AND ARSALAN GHANBARI'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) (ECF No. 31)**

Plaintiff William B. Evertsen, pro se, submits this Notice in lieu of a response to the Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) filed by Defendants Mohammad Ghafarinia and Arsalan Ghanbari on September 17, 2026 (ECF No. 31) (the "Motion"). In support, Plaintiff states as follows.

1. On September 15, 2026, counsel for Defendants asked whether Plaintiff would concur in the relief the Motion now seeks. No motion, brief, or supporting declaration had been filed or furnished to Plaintiff at that time, and Plaintiff advised that he opposed. The Certificate of Conferral reflects that response. ECF No. 31 at 20.

2. Defendants filed the Motion on September 17, 2026, supported by the Declaration of Mohammad Ghafarinia, ECF No. 31-1, and the Declaration of Arsalan Ghanbari, ECF No. 31-2, each executed September 16, 2026.

3. Plaintiff has reviewed the Motion and the supporting declarations. On the present record, Plaintiff does not oppose the Motion, and Plaintiff submits this Notice rather than a response so that the Court need not resolve a question that Plaintiff does not contest.

4. Plaintiff's non-opposition is limited to the relief the Motion requests, which is dismissal without prejudice of the claims against Mohammad Ghafarinia and Arsalan Ghanbari under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction.

5. Plaintiff does not concede the truth of any factual statement contained in ECF No. 31-1 or ECF No. 31-2, and this Notice is not an admission as to any matter asserted in either declaration.

6. This Notice does not address, concede, or waive any claim, defense, argument, or issue as to Defendants Better Debt Solutions LLC, Range View Management LLC d/b/a Lendvia, Better Companies LLC, LendVia LLC, MN MGMT LLC, or RC MGMT LLC. This Notice is not consent to a stay of discovery or to any alteration of case-management deadlines.

7. Dismissal under Fed. R. Civ. P. 12(b)(2) is without prejudice, because a court that lacks jurisdiction over a defendant cannot reach the merits of the claims against that defendant. *Brereton v. Bountiful City Corp.*, 434 F.3d 1213, 1218 (10th Cir. 2006); *Hollander v. Sandoz Pharmaceuticals Corp.*, 289 F.3d 1193, 1216-17 (10th Cir. 2002). The Motion requests dismissal on that basis. ECF No. 31 at 19.

8. Plaintiff reserves the right to seek leave under Fed. R. Civ. P. 15 to reassert claims against Mohammad Ghafarinia and Arsalan Ghanbari if discovery develops facts supporting the

exercise of personal jurisdiction over either Defendant. Plaintiff does not ask the Court to rule on that question now.

WHEREFORE, Plaintiff respectfully requests that the Court treat the Motion as unopposed to the extent stated above.

Dated: September 18, 2026

*/s/ William B. Evertsen*
William B. Evertsen
Plaintiff, pro se
1300 South Sandburg Drive
Deming, New Mexico 88030
Telephone: (212) 365-8702
Email: will.evertsen@gmail.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on the date set forth below, the foregoing Notice was filed using the Court's CM/ECF system, which caused counsel of record for all Defendants to be served by electronic means as reflected on the Notice of Electronic Filing.

Dated: September 18, 2026

*/s/ William B. Evertsen*
William B. Evertsen
Plaintiff, pro se